# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

STEVE TAYLOR, et al.,

       Plaintiffs,        :       Case No. 3:04-cv-110

       -vs-        Chief Magistrate Judge Michael R. Merz

       :

THE REYNOLDS & REYNOLDS
COMPANY, et al.,

       Defendants.

## DECISION AND ORDER GRANTING DEFENDANTS' MOTION TO ADD PENNY TAYLOR AS A PARTY DEFENDANT ON THE COUNTERCLAIM

      This case is before the Court on Defendants' Motion (Doc. No. 39) to Join Penny L. Taylor as a new party defendant on the counterclaim on the basis that she is a co-guarantor with Plaintiff Steve Taylor on the promissory note on which Defendants have sued in the Counterclaim.  The Motion is GRANTED upon the authority cited by Defendants in their Motion, without prejudice to any defense of lack of personal jurisdiction which Ms. Taylor may raise.

December 30, 2005.

                                            s/ **Michael R. Merz**
                                            Chief United States Magistrate Judge